## STATE OF OREGON,
*Respondent,*

*v.*

## FRED ROBERT KERR,
*Appellant.*

(No. B 57-314, CA 17736)

623 P2d 676

David J. Philipps, Eugene, for petition.

PER CURIAM.

**PER CURIAM.**

Defendant's petition for reconsideration is granted and our former opinion is withdrawn. On the merits of defendant's appeal, we conclude that if defendant was in custody when the challenged statement was made it is nevertheless admissible because it was not the product of interrogation as defined in *Rhode Island v. Innis,* 446 US 291, 100 S Ct 1682, 64 L Ed 2d 297 (1980).

Reconsideration granted; former opinion withdrawn. Affirmed.